VIRTUESQ LLC
CHRISTIAN L. KAMAU          10996-0
PO BOX 17098
Honolulu, Hawaii 96817
Phone: (808) 271-4537
Email: christian@virtuesq.com

Attorney for Plaintiff
Strike 3 Holdings, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| STRIKE 3 HOLDINGS, LLC, | ) CIV. NO. 1:22-cv-00248 JMS-KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **PLAINTIFF'S VOLUNTARY** |
| JOHN DOE subscriber assigned IP address 76.173.231.186, | ) **DISMISSAL WITH PREJUDICE** ) **OF JOHN DOE** |
| Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that all of its claims in this action against Defendant John Doe, subscriber assigned IP address 76.173.231.186 are voluntarily dismissed with prejudice. No answer or motion for summary judgment has been filed and no fees or costs are being sought.

DATED: Honolulu, Hawaii, August 29, 2022.

*[Space intentionally left blank.]*

1

Respectfully submitted,

/s/ *Christian L. Kamau*
CHRISTIAN L. KAMAU
Attorney for Plaintiff
Strike 3 Holdings, LLC

APPROVED AS TO FORM:



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Christian L. Kamau*
CHRISTIAN L. KAMAU, ESQ.

*Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 76.173.231.186*, Civ. No. 22-00248 JMS-KJM, Plaintiff's Voluntary Dismissal with Prejudice of John Doe